UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNLIGHT INTERNATIONAL SALES, INC., | CASE NO. CV-F-09-0913 LJO DLB |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE** |
| vs. | |
| CLM FRUITS INTERNATIONAL SALES LLC, et al., | |
| Defendants. / | |

On August 6, 2009, Plaintiff filed a notice of voluntary dismissal with prejudice in the above-titled action.  Pursuant to Fed. R. Civ. P. 41(a), this action is DISMISSED.  All dates are VACATED. The clerk is directed to CLOSE to action.

IT IS SO ORDERED.

**Dated:   August 7, 2009**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE